USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/19/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
EMMET & CO. INC. and
FIRST MANHATTAN CO.,

                          Plaintiffs,

   -against-

CATHOLIC HEALTH EAST and
MERRILL LYNCH & CO., INC.,

                         Defendants.
------------------------------------------ X

11-Civ-3272 (RMB)

**STIPULATION AND ORDER**

WHEREAS, on July 27, 2011, plaintiffs Emmet & Co. Inc. and First Manhattan Co. (together, "Plaintiffs") filed the First Amended Complaint (the "Complaint") against defendants Catholic Health East and Merrill Lynch & Co., Inc. (together, "Defendants");

WHEREAS, Plaintiffs served the Complaint on Defendants on July 28, 2011; and

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(1), Defendants' time to answer, move, or otherwise respond to the Complaint would expire on August 18, 2011 and this is Defendants' first request for an extension of this deadline;

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the parties, subject to the approval of the Court, as follows:

1. Defendants' time to answer or otherwise respond to the Complaint is extended from August 18, 2011 to September 2, 2011.

2. Should Defendants move to dismiss the Complaint, pursuant to Rule 2(A) of the Individual Practices of Honorable Richard M. Berman, Defendants will submit a letter to

the Court requesting a pre-motion conference by September 2, 2011 and Defendants' motion shall be due on a date to be set by the Court following the pre-motion conference.

3. Nothing contained herein relieves any party from complying with Paragraph Five (5) of Magistrate Judge Peck's Scheduling Order dated July 7, 2011, requiring counsel to advise the Court by August 19, 2011 whether there will be "early" motion practice (to dismiss or for summary judgment).

4. This stipulation may be executed in two or more counterparts, each of which shall be deemed an original and all of which together shall constitute one and the same agreement, and a facsimile or pdf copy may be filed in place and instead of the original.

Dated: New York, New York
      August 17, 2011

WINSTON & STRAWN LLP

By: *Luke A. Connelly*
    Luke A. Connelly
    lconnelly@winston.com
200 Park Avenue
New York, New York 10166-4193
(212) 294-6700

*Attorneys for Merrill Lynch & Co., Inc.*

SHEARMAN & STERLING LLP

By: *[signature]*
    Richard Schwed
    rschwed@shearman.com
599 Lexington Avenue
New York, New York 10022
(212) 848-4000

*Attorneys for Catholic Health East*

KASOWITZ, BENSON, TORRES, & FRIEDMAN LLP

By: *[signature]*
    Aaron H. Marks
    amarks@kasowitz.com
    Gavin Schryver
    gschryver@kasowitz.com
1633 Broadway
New York, New York 10019
(212) 506-1700

*Attorneys for Plaintiffs*

So Ordered: *Richard M. Berman*

Dated: 8/18/11