UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                                        :

EMMET & CO. INC and FIRST MANHATTAN   :  Case No. 11-cv-03272-RMB-AJP
CO.,

                                                                        :  **ECF Case**

                Plaintiffs,           :

  -against-                                              :

CATHOLIC HEALTH EAST and MERRILL    :  **NOTICE OF APPEARANCE**
LYNCH & CO., INC.,

                        Defendants.       :
-------------------------------------------------------------x

      PLEASE TAKE NOTICE that I, Luke A. Connelly, hereby respectfully enter an appearance for Defendant Merrill Lynch & Co., Inc. in the above-captioned action, and request that copies of all papers in this action be served upon me at the address stated below.

      I certify that I am admitted to practice in this Court.

Dated: New York, New York
       August 19, 2011

                                       **WINSTON & STRAWN LLP**

                                       s/ Luke A. Connelly
                                          Luke A. Connelly
                                     lconnelly@winston.com

                                   200 Park Avenue
                                   New York, New York 10166
                                   Tel: (212) 294- 6700

                                   *Attorneys for Defendant Merrill Lynch & Co., Inc.*

NY:1356036.1