UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

EMMET & CO. INC. and
FIRST MANHATTAN CO.,

          Plaintiffs,

   -against-

CATHOLIC HEALTH EAST and
MERRILL LYNCH & CO., INC.,

          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**ECF Case**

11-Civ-3272 (RMB)(AJP)

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT MERRILL LYNCH & CO., INC.**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Merrill Lynch & Co., Inc. ("Merrill"), a nongovernmental corporate party, certifies that it is a direct subsidiary of Bank of America Corporation ("BOA"), which owns all of the common stock of Merrill.  Merrill further certifies that BOA is a publicly held company whose shares are traded on the New York Stock Exchange and that BOA has no parent company and no publicly-held company owns more than 10% of BOA's stock.

Dated:  New York, New York
         August 19, 2011

                        WINSTON & STRAWN LLP

                        By: <u>s/Luke A. Connelly</u>
                            Luke A. Connelly
                        200 Park Avenue
                        New York, New York 10166-4193
                        (212) 294-6700
                        lconnelly@winston.com
                        *Attorneys for Merrill Lynch & Co., Inc.*

NY:1356043.2