# SHEARMAN & STERLING LLP

599 LEXINGTON AVENUE | NEW YORK | NY | 10022-6069
WWW.SHEARMAN.COM | T +1.212.848.4000 | F +1.212.848.7179

*RECEIVED AUG 19 2011*

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC# _____ DATE FILED: 8/19/11*

**MEMO ENDORSED** August 19, 2011

*[Handwritten endorsement:] Schedule below is approved. Next letter should be formatted — (filed schedule (inc. with 9/1/14) — so that works can move forward without delay with a copy of the order to Judge Berman.*

**BY HAND**
Honorable Andrew J. Peck
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 20D
New York, New York 10007

Emmet & Co., Inc. and First Manhattan Co. v. Catholic Health East and Merrill Lynch & Co., Inc.
No. 11-Civ.-3272 (RMB) (AJP)

**SO ORDERED**
Hon. Andrew J. Peck
United States Magistrate Judge

Dear Magistrate Judge Peck:

    We represent defendants Catholic Health East and Merrill Lynch & Co., Inc. (together, "Defendants") in the above-captioned matter. In accordance with paragraph 5 of the Rule 16 IPTC Scheduling Order dated July 7, 2011, we write to inform Your Honor of Defendants' intent to file motions to dismiss the First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). Pursuant to Rule 2.A of the Individual Practices of Honorable Richard M. Berman and subject to the approval of the Court, Defendants intend to submit letters to Judge Berman by September 2, 2011 requesting a pre-motion conference on a date to be set by the Court.

    Subject to the approval of the Court, Defendants propose the following schedule for their motions: (i) the motions shall be due 20 days from the date of the pre-motion conference; (ii) plaintiffs' opposition to the motions shall be due 30 days from the date the motions are served; and (iii) Defendants' replies shall be due 20 days from the date the plaintiffs' opposition is served. Defendants have conferred with counsel for plaintiffs, and they have informed us that they agree to the proposed schedule.

Respectfully submitted,

ABU DHABI | BEIJING | BRUSSELS | DÜSSELDORF | FRANKFURT | HONG KONG | LONDON | MILAN | MUNICH | NEW YORK
PALO ALTO | PARIS | ROME | SAN FRANCISCO | SÃO PAULO | SHANGHAI | SINGAPORE | TOKYO | TORONTO | WASHINGTON, DC

SHEARMAN & STERLING LLP IS A LIMITED LIABILITY PARTNERSHIP ORGANIZED IN THE UNITED STATES UNDER THE LAWS OF THE STATE OF DELAWARE, WHICH LAWS LIMIT THE PERSONAL LIABILITY OF PARTNERS.

NYDOCS04/536608.4

August 19, 2011

Page 2

WINSTON & STRAWN LLP

By: *Luke A. Connelly*
Luke A. Connelly
lconnelly@winston.com
200 Park Avenue
New York, New York 10166-4193
(212) 294-6700

*Attorneys for Merrill Lynch & Co., Inc.*

SHEARMAN & STERLING LLP

By: *Richard Schwed* /KJS
Richard Schwed
rschwed@shearman.com
599 Lexington Avenue
New York, New York 10022
(212) 848-4000

*Attorneys for Catholic Health East*

cc:   Honorable Richard M. Berman
      Aaron H. Marks, Esq. (via email)
      Gavin Schryver, Esq. (via email)

# ECF TRANSCRIPTION SHEET



**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:           (212) 805-7933
Telephone No.:  (212) 805-0036

Dated:  August 19, 2011                              Total Number of Pages:  3

## TRANSCRIPTION OF MEMO ENDORSED ORDER

Schedule below is approved. Nevertheless, discovery shall go forward on the existing schedule (inc cutoff of 11/14) – so it might make more sense to hold off and make the motion along with a summary judgment motion after the conclusion of discovery.

Copies by ECF to:  All Counsel
                   Judge Richard M. Berman