Aaron H. Marks (amarks@kasowitz.com)
Gavin D. Schryver (gschryver@kasowitz.com)
A. Macdonald Caputo (acaputo@kasowitz.com)

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Tel.:   (212) 506-1700
Fax:   (212) 506-1800

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
EMMET & CO., INC. and                           :
FIRST MANHATTAN CO.,                            :   No. 11-Civ.-3272 (RMB)
                                                :
                    Plaintiffs,                 :   **RULE 7.1 STATEMENT**
                                                :
       v.                                       :
                                                :
CATHOLIC HEALTH EAST and                        :
MERRILL LYNCH & CO., INC.,                      :
                                                :
                    Defendants.                 :
                                                :
-------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff First Manhattan Co. ("FMC"), a non-governmental party, hereby certifies that (i) FMC has no parent corporation and (ii) that no corporation owns 10% or more of FMC's stock.

Dated: New York, New York
       September 9, 2011

Respectfully submitted,

KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP

By: _____
Aaron H. Marks (amarks@kasowitz.com)
Gavin D. Schryver (gschryver@kasowitz.com)
A. Macdonald Caputo (acaputo@kasowitz.com)

1633 Broadway
New York, New York 10019
(212) 506-1700

*Attorneys for Plaintiffs*