Docket + File 

# SHEARMAN & STERLING LLP

599 LEXINGTON AVENUE | NEW YORK | NY | 10022-6069

WWW.SHEARMAN.COM | T +1.212.848.4000 | F +1.212.848.7179



rschwed@shearman.com
212-848-5445

September 12, 2011

**BY HAND**

Honorable Richard M. Berman
United States Courthouse
500 Pearl Street, Room 21B
New York, New York 10007

Emmet & Co., Inc. and First Manhattan Co. v. Catholic Health East and Merrill Lynch & Co., Inc., No. 11-Civ.-3272 (RMB) (AJP)

Dear Judge Berman:

On behalf of defendant Catholic Health East ("CHE"), we write in response to the August 31, 2011 letter from counsel for plaintiffs to Your Honor. Although we have not seen the proposed amendment or motion for leave to amend, we anticipate that we will oppose the amendment as futile. For many of the reasons set forth in the letters of September 2, 2011 to Your Honor from counsel for CHE and counsel for Merrill Lynch & Co., Inc., plaintiffs cannot state a claim against Merrill Lynch, Pierce, Fenner & Smith, Inc. ("MLPFS") or any other defendant. Absent a claim against MLPFS, the Court will retain diversity jurisdiction.

Respectfully submitted,

Richard F. Schwed

cc: Hon. Andrew J. Peck (by hand)
Aaron H. Marks, Esq. (via email)
Luke A. Connelly, Esq. (via email)

ABU DHABI | BEIJING | BRUSSELS | DUSSELDORF | FRANKFURT | HONG KONG | LONDON | MILAN | MUNICH | NEW YORK
PALO ALTO | PARIS | ROME | SAN FRANCISCO | SÃO PAULO | SHANGHAI | SINGAPORE | TOKYO | TORONTO | WASHINGTON, DC

SHEARMAN & STERLING LLP IS A LIMITED LIABILITY PARTNERSHIP ORGANIZED IN THE UNITED STATES UNDER THE LAWS OF THE STATE OF DELAWARE, WHICH LAWS LIMIT THE PERSONAL LIABILITY OF PARTNERS.

NYDOCS04/537320.1